IN THE CIRCUIT COURT OF THE SIXTH
JUDICIAL CIRCUIT OF FLORIDA, IN AND
FOR PASCO COUNTY, CIVIL DIVISION

TERESA LANDON,

      Plaintiff,

CASE NO: 2021 CA 000424 ES

vs.

FAMILY DOLLAR STORES OF
FLORIDA, LLC and PEPSICO, INC.,

      Defendants.
_____/

## COMPLAINT

COMES NOW the Plaintiff, TERESA LANDON, by and through the undersigned attorney, and sues the Defendants, FAMILY DOLLAR STORES OF FLORIDA, LLC and PEPSICO, INC., and will show unto this Honorable Court as follows:

1. That this is an action for damages in excess of Thirty Thousand Dollars ($30,000.00).

2. On or about April 20, 2019, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, operated and maintained Family Dollar Store # 29068 located at 32644 State Road 52 in San Antonio, Pasco County, Florida.

3. On or about April 20, 2019, Defendant, PEPSICO, INC., operated and maintained a portable drink/snack trailer located in the parking lot by the front door of Family Dollar Store #29068.

4. At that time and place Plaintiff, TERESA LANDON, was a business invitee at Family Dollar Store #29068 and the PepsiCo portable drink/snack trailer.

5. At that time and place Defendants, one or both of them, negligently operated, maintained and/or failed to adequately secure the portable trailer awning,

causing it to collapse and fall on Plaintiff's head and body causing serious injuries as outlined below.

6. The negligent condition was known to Defendants, one or both, and had existed for a sufficient length of time so that Defendants should have known of it.

7. Defendants failed to warn business invitees about these negligent conditions and failed to provide a safe shopping environment for their business invitees and customers.

8. As a result, Plaintiff was injured in and about her body and extremities, suffered pain therefore incurred medical expenses, treatment of the injuries, and suffered physical handicap, and her working ability was impaired; the injuries are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, the Plaintiff, TERESA LANDON, sues the Defendants, FAMILY DOLLAR STORES OF FLORIDA, LLC and PEPSICO, INC., for all damages allowable under Florida Law, a sum in excess of Thirty Thousand Dollars ($30,000.00), and demands a trial by jury.

DREW BEN HUDGINS, ESQUIRE
FBN 325351
**KENNETH A. MINIO, ESQUIRE**
FBN 0021090
38453 Fifth Avenue
Zephyrhills, Florida 33542
TELEPHONE: 813-788-5534
FACSIMILE: 813-783-6764
**DESIGNATED EMAIL ADDRESSES:**
drew@hudginslawfirm.net
ken@hudginslawfirm.net
soberry@hudginslawfirm.net
Attorneys for Plaintiff